■ PEOPLE v TUPAC A. SHAKUR. [651 NYS2d 261] —Appeal dismissed because of appellant's death, and the matter

remanded for proceedings to vacate the judgment of conviction and to dismiss the indictment, as indicated. Concur—Murphy, P. J., Sullivan, Ellerin, Nardelli and Mazzarelli, JJ.